IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SOUTHERN COTTON OIL CO.,
a Division of ARCHER-DANIELS-MIDLAND, CO.

　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　No. 04-2521 MaV

SMITH-DOYLE CONTRACTORS
and A & S BUILDING SYSTEMS, L.P.

　　　　　　Defendants,

v.

A & S BUILDING SYSTEMS, L.P., and
FIDELITY & DEPOSIT COMPANY OF MARYLAND

　　　　　　Cross/third party
　　　　　　Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES

The parties have moved this Court for an order extending the Rule 16(b) discovery deadlines in this matter.

After reviewing the pleadings, the Motion filed by the parties, and the record as a whole, this Court finds that the motion is well taken and should be granted. Therefore, the Rule 16(b) deadlines set in this Court's Order of October 27th, 2004 shall be and are hereby extended as follows:

　　a.　　Completion of Plaintiff's Discovery: September 9, 2005;

　　b.　　Completion of Defendant's Discovery: October 7, 2005;

c. Disclosure of Plaintiff's Rule 26 Experts and reports: July 29, 2005;

d. Disclosure of Defendants' Rule 26 Experts and reports: August 26, 2005;

e. Expert Witness Depositions for Plaintiffs: September 9, 2005;

f. Expert Witness Depositions for Defendants: October 7, 2005.

**IT IS SO ORDERED** this, the 27th day of May, 2005.

*[signature]*
DIANE K. VESCOVO
U.S. MAGISTRATE JUDGE


Prepared by:

ROSSIE, LUCKETT & RIDDER, P.C.

*[signature]*
W. O. LUCKETT, JR. #10871
LORRIE K. RIDDER #11116
DAVID A. BILLIONS #20428
1669 Kirby Parkway, Suite 106
Memphis, Tennessee 38120
(901) 763-1800

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, David A. Billions, do hereby certify that I have this date via hand delivery forwarded a true and correct copy of the foregoing to:

John I. Houseal, Jr., Esq.
Van D. Turner, Jr., Esq.
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, TN 38103

Clifton M. Lipman, Esq.
John D. Willet, Esq.
Less, Getz & Lipman
100 Peabody Place, Suite 1000
Memphis, TN 38103

THIS, the 26th day of May, 2005.

DAVID A. BILLIONS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02521 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

David A. Billions
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

Clifton M. Lipman
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Lorrie K. Ridder
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

John D. Willet
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT