FILED BY ~~ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 OCT 14 AM 6:47
WESTERN DIVISION

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

SOUTHERN COTTON OIL CO.,
a Division of
ARCHER-DANIELS-MIDLAND CO.,

    Plaintiff,

VS.                                          NO. 04-2521-MaV

SMITH-DOYLE CONTRACTORS, ET AL.,

    Defendants,

VS.

A & S BUILDING SYSTEMS, LP, ET AL.,

    Cross-Third Party Defendants.

---

ORDER AMENDING SCHEDULE

---

Pursuant to the August 18, 2005, joint motion to extend discovery deadlines in this matter, the court held a status conference on September 27, 2005.  Attending on behalf of the plaintiff was David Billions.  Attending on behalf of the defendants was John Houseal.  For good cause shown, the court grants the motion and amends the schedule as follows:

1.  The deadline for completing discovery is February 28, 2006.

2.  The deadline for filing potentially dispositive motions is March 31, 2006.

3.  The deadline for completing mediation is March 31, 2006.

4.     The parties shall submit a joint proposed pretrial order by 5:00 p.m. on June 1, 2006.

5.     A pretrial conference will be held on Thursday, June 8, 2006, at 1:30 p.m.

6.     The jury trial is **reset** to Monday, June 19, 2006, at 9:30 a.m. and is expected to take 5 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 13th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02521 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Lorrie K. Ridder
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

David A. Billions
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
1669 Kirby Pkwy
Ste. 106
Memphis, TN 38120

John D. Willet
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Clifton M. Lipman
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT